# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RANDY D. JONES, | ) | 3:14-CV-0443-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 26, 2015 |
| | ) | |
| GREG COX, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Before this court is plaintiff's motion for leave to extend number of interrogatories from 25 per defendant to 50 per defendant (#36). Defendants opposed the motion (#38), and plaintiff replied (#39).

   Plaintiff's motion (#36) is **DENIED**. Plaintiff's amended complaint (#5) was properly screened and only a portion of Count I and Count II remain (#4). The court is convinced that twenty-five interrogatories per the remaining defendant is more than adequate for this case.

   **IT IS SO ORDERED.**

                                           LANCE S. WILSON, CLERK

                                    By:_____/s/_____
                                           Deputy Clerk