**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| RANDY D. JONES, | ) | 3:14-CV-0443-RCJ (VPC) |
| | ) | |
|   Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 19, 2016 |
| | ) | |
| GREG COX, et al., | ) | |
| | ) | |
|   Defendants. | ) | |
| | ) | |

PRESENT:  THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

  Defendants' motion requesting instruction (#48) is **GRANTED**. The deadline to file dispositive motions set in the court's order #33 is hereby vacated and will be reset at the hearing set for January 25, 2016.

  **IT IS SO ORDERED.**

                LANCE S. WILSON, CLERK

             By:   /s/
                Deputy Clerk