ADAM PAUL LAXALT
Nevada Attorney General
ANDREA R. BARRACLOUGH
Chief Deputy Attorney General
Nevada Bar No. 9158
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1260
E-mail: abarraclough@ag.nv.gov

*Attorneys for Defendants Isidro Baca, Sheryl Foster, Jeffrey Howell, Sean Potter, Kathryn Reynolds, Holly Skulstad, James Stogner, Lisa Walsh, and Brian Williams*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RANDY D. JONES,<br><br>    Plaintiff,<br><br>vs.<br><br>GREG COX, et al.,<br><br>    Defendants. | Case No.  3:14-cv-00443-RCJ-VPC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Randy Jones, *pro se,* and all Defendants, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Andrea R. Barraclough, Chief Deputy Attorney General, as a result of a Settlement Agreement reached, hereby stipulate to the dismissal of this action with prejudice, with each party to bear their own costs.

DATED this 18th day of April, 2016.

By: /s/ Randy D. Jones
Randy Jones, #66561
Plaintiff, *pro se*

DATED this 26th day of April, 2016.
ADAM PAUL LAXALT
Attorney General

By: /s/ Andrea Barraclough
Andrea R. Barraclough
Chief Deputy Attorney General
*Attorneys for Defendants*

APPROVED AND SO ORDERED:

Dated: April 28, 2016

/s/ R. Jones
United States District Judge